**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES H. SCHARFSCHWERDT,

    Petitioner,

v.                                                  Case No. 3:14-cv-431-J-32PDB

SEC'Y, FLA. DEP'T OF CORR., et al.,

    Respondents.

## ORDER

Petitioner initiated this action by filing a Petition (Doc. #1) for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on April 14, 2014. Upon review of the Petition, it is clear that Petitioner has not exhausted his grounds for relief in state court because he admits that he did not file a direct appeal or any applications for post-conviction relief in state court concerning the challenged conviction. Petition at 2-3. He also acknowledges that he has not raised his grounds for relief in any other action in state court. Id. at 5, 7-8. Finally, he states that he filed a petition for a belated appeal, which is still pending in state court. Id. at 2. In recognition of the nature of comity between the national and state sovereignties in our federal system, this Court should give the state court an opportunity to rule on Petitioner's claims. For this reason, this case will be dismissed without prejudice to give Petitioner the opportunity to exhaust his state court remedies before filing a habeas petition in this Court. See Rose v. Lundy, 455 U.S. 509 (1982); see also 28 U.S.C. § 2254(b)(1)(A).

Accordingly, it is now

**ORDERED**:

1. This case is dismissed without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

3. If Petitioner appeals the dismissal of the case, the Court denies a certificate of appealability.[1] Because this Court has determined that a certificate of appealability is not warranted, the Clerk of the Court shall terminate from the pending motions report any motion to proceed on appeal as a pauper that may be filed in this case. Such termination shall serve as a denial of the motion.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of April, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

ps 4/15
c:
James H. Scharfschwerdt

---

[1] This Court should issue a certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). To make this substantial showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," Tennard v. Dretke, 542 U.S. 274, 282 (2004) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983)). Upon due consideration, this Court will deny a certificate of appealability.